UNITED STATES of America,
Plaintiff–Appellee,

v.

Daniel Esteban ORTEGA,
Defendant–Appellant.

No. 05–41637.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided July 7, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and SMITH and GARZA, Circuit Judges.

PER CURIAM: *

Daniel Esteban Ortega appeals his ten-month sentence of imprisonment following his guilty plea conviction for transporting an unlawful alien within the United States. Ortega argues that the district court committed plain error by considering that Ortega had not cooperated with the Government in deciding to sentence him to imprisonment rather than probation. This was not error. *See Roberts v. United States,* 445 U.S. 552, 557–58, 100 S.Ct.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

1358, 63 L.Ed.2d 622 (1980); *United States v. Dickson,* 712 F.2d 952, 955 (5th Cir. 1983).

Ortega argues that consideration of his lack of cooperation violated his Fifth Amendment privilege against self-incrimination. He did not assert the privilege in the district court and, thus, this issue is deemed waived. *See Roberts,* 445 U.S. at 559, 100 S.Ct. 1358; *United States v. Pool,* 660 F.2d 547, 556 (5th Cir.1981).

**AFFIRMED.**

the limited circumstances set forth in 5TH CIR. R. 47.5.4.